No. 12M6. HUGUELEY *v.* TENNESSEE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 12M7. FORNEY *v.* FLORIDA. Motion for leave to proceed as a veteran denied.

No. 12M9. TAYLOR *v.* NEGLEY PARK HOMEOWNERS ASSOCIATION COUNCIL ET AL.;

No. 12M10. NIYAZ *v.* BANK OF AMERICA ET AL.; and

No. 12M11. TEXADA *v.* CAIN, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 12M20. BAEZ *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 12M28. C. F. *v.* WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $6,888.59 for the period July 1, 2011, through June 30, 2012, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 565 U. S. 809.]

No. 11–438. LIBERTY UNIVERSITY ET AL. *v.* GEITHNER, SECRETARY OF THE TREASURY, ET AL., 567 U. S. 951. Respondents are requested to file a response to petition for rehearing within 30 days.